**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL SANTINI, an individual on behalf of himself and all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ USA, INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 4:20-cv-2433-YGR<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO EXTEND NESTLÉ, USA, INC.'S TIME TO RESPOND TO THE COMPLAINT AND RELATED BRIEFING SCHEDULE** |

The Court, having considered the parties' joint stipulation to extend Defendant Nestlé, USA, Inc.'s time to respond to the complaint and related motion briefing schedule, GRANTS and APPROVES the parties' stipulation. Accordingly, the Court HEREBY ORDERS that Defendant may respond to the complaint no later than **July 27, 2020.** The Court FURTHER ORDERS that in the event Defendant responds by motion, the following briefing schedule will apply:

- Plaintiff's response will be due by **August 25, 2020**;
- Defendant's reply will be due by **September 18, 2020**;
- The hearing on such motion will be set for **September 29, 2020**.

The Court FURTHER ORDERS that the initial case management conference is reset for **September 29, 2020**, with case management statements to be filed no later than **September 22, 2020**.

Dated: __June 5__, 2020

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge