1  Reuben D. Nathan, Esq. (SBN 208436)
   Email: *rnathan@nathanlawpractice.com*
2  NATHAN & ASSOCIATES, APC
   2901 West Pacific Coast Highway, Suite 350
3  Newport Beach, California 92663
   Telephone:   (949) 270-2798
4  Facsimile:   (949) 209-0303

5  Attorneys for Plaintiff
   Michael Santini

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
8/25/2020

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MICHAEL SANTINI, an individual on behalf of himself and all others similarly situated and the general public, | Case No. 4:20-cv-2433-YGR |
| Plaintiff(s), | **NOTICE OF DISMISSAL** |
| v. | |
| NESTLÉ, USA, INC., and DOES 1 through 10, inclusive, | |
| Defendant(s). | |

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby dismisses this action with
2  prejudice.

DATED: August 17, 2020                             NATHAN & ASSOCIATES, APC.
                                                   Reuben D. Nathan

                                                   By:   /s/ Reuben D. Nathan
                                                         Reuben D. Nathan

                                                   *Attorney for Plaintiff Michael Santini*